1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | MARC P. WOLF (CABN 254495)
Special Assistant United States Attorney

5

6 | 450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200

7 | Fax: (415) 436-7234
E-Mail: marc.wolf@usdoj.gov

8

9 | Attorneys for the United States of America

10 | UNITED STATES MAGISTRATE COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,          )          No. CR 3:13-mj-71046-MAG  13-608 RS
                                       )
14 |                                   )
                                       )
15 |    v.                             )          STIPULATION AND [PROPOSED]
                                       )          ORDER FOR CONTINUANCE FROM
16 | ALEJANDRO PEREZ,                  )          SEPTEMBER 9, 2013 TO SEPTEMBER
                                       )          24, 2013 AND EXCLUDING TIME FROM
17 |    Defendant.                     )          THE SPEEDY TRIAL ACT
                                       )          CALCULATION (18 U.S.C. §
18 | _____ )             3161(h)(8)(A)) AND WAIVING TIME
                                                   LIMITS UNDER RULE 5.1
19

20 |        With the agreement of the parties, and with the consent of the defendant, the Court enters

21 | this order scheduling a preliminary hearing date of September 24, 2013 at 9:30 a.m. before the

22 | duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date

23 | under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial

24 | Act, 18 U.S.C. § 3161(b), from September 9, 2013 to September 24, 2013.  The parties agree,

25 | and the Court finds, as follows:

26 |        1. The defendant is in custody.

27 |        2. The defendant agrees to an exclusion of time under the Speedy Trial Act,

28 | 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation,

1    taking into account the exercise of due diligence.

2       3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for

3    preliminary hearing.

4       4. Counsel for the defense believes that postponing the preliminary hearing is in his

5    client's best interest, and that it is not in his client's interest for the United States to indict the

6    case during the normal timeline established in Rule 5.1.

7       5. The Court finds that, taking into the account the public interest in the prompt

8    disposition of criminal cases, these grounds are good cause for extending the time limits for a

9    preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances,

10    the Court finds that the ends of justice served by excluding the period from September 9, 2013 to

11    September 24, 2013, outweigh the best interest of the public and the defendant in a speedy trial.

12    18 U.S.C. § 3161(h)(8)(A).

13       6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary

14    hearing date before the duty magistrate judge on September 24, 2013, at 9:30 a.m., and (2) orders

15    that the period from September 9, 2013 to September 24, 2013, be excluded from the time period

16    for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial

17    Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

18

19     IT IS SO STIPULATED.

20

21    DATED: 9/10/13                 /s/
                            DANIEL BLANK

22                             Attorney for Defendant

23

24    DATED: 9/10/13                 /s/
                            MARC P. WOLF

25                             Special Assistant United States Attorney

26

27    IT IS SO ORDERED.

28    DATED: 9/13/12                   
                           United States Magistrate Judge